| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>MCCALLA, JON P | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>167 N. MAIN STREET<br>9TH FLOOR<br>MEMPHIS, TN 38103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2005 MAY 16 A 11: 05 RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | MCCALLA EAR, NOSE & THROAT, P.C. - PHYSICIAN |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. FEDERAL LAND BANK | ████ FARMS | K |
| 2. FIRST TENNESSEE BANK | MORTGAGE ON COMMERCIAL BUILDING, PART VII, LINE 47 | N |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1ST TN BANK - CHECKING/ SAVING, MEMPHIS, TN | A | Interest | K | T | | | | | |
| 2. ████FARMS, SHELBY CO, TN | B | Rent | K | R | | | | | |
| 3. SHS TRUSTMARK BANK COMMON | B | Dividend | L | T | | | | | |
| 4. FARM LAND #1, SHELBY COUNTY, TN 12/16/94 | A | Rent | K | Q | | | | | |
| 5. FARM LAND #2, SHELBY COUNTY, TN 11/28/94 | A | Rent | J | Q | | | | | |
| 6. FARM LAND #3, SHELBY COUNTY, TN 11/28/94 | A | Rent | J | Q | | | | | |
| 7. SHS TRUSTMARK BANK COMMON | C | Dividend | L | T | | | | | |
| 8. IRA-MORGAN STANLEY-CASH | A | Interest | J | T | | | | | |
| 9. IRA-MORGAN STANLEY-FIRST EAGLE | C | Dividend | L | T | | | | | |
| 10. IRA-MORGAN STANLEY-NEW PERSPECTIVE | C | Dividend | K | T | | | | | |
| 11. IRA-MORGAN STANLEY DAVE & BUSTERS SHS COMMON | | None | J | T | | | | | |
| 12. IRA-MORGAN STANLEY-FLOWERS INDUSTRIES SHS COMMON | | None | J | T | | | | | |
| 13. SHS HANOVER INS - NAME CHANGED FROM ALLMERICA | A | Dividend | J | T | | | | | |
| 14. SHS LUCENT TECHNOLOGY COMMON | | None | J | T | | | | | |
| 15. SHS LUCENT TECHNOLOGY COMMON | | None | J | T | | | | | |
| 16. IRA-FIRST TENNESSEE BANK | A | Interest | J | T | | | | | |
| 17. AMERICAN GROWTH FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. INVESTMENT CO OF AMERICA | A | Dividend | K | T | | | | | |
| 19. AMERICAN NEW PERSPECTIVES FUND | B | Dividend | K | T | | | | | |
| 20. MEMPHIS.ENT NETWORK, MEMPHIS, TN | | None | J | W | | | | | |
| 21. FRACTIONAL INTERESTS IN FARM LAND, SHELBY CO., TN | A | Rent | K | W | | | | | |
| 22. FRACTIONAL INTEREST IN FARM LAND, INHERITED | A | Rent | L | W | | | | | |
| 23. IRA-MORGAN STANLEY-AIM AGRESSIVE GROWTH | A | Dividend | J | T | | | | | |
| 24. IRA-MORGAN STANLEY-MUNDER NET NET FUND | A | Dividend | J | T | | | | | |
| 25. MORGAN STANLEY LIQUID ASSET FUND | A | Interest | K | T | | | | | |
| 26. FIRST FUNDS CASH RESERVE ACCOUNT | A | Interest | J | T | | | | | |
| 27. AGERE CL B COMMON | | None | J | T | | | | | |
| 28. AGERE CL A COMMON | | None | J | T | | | | | |
| 29. AGERE CL B COMMON | | None | J | T | | | | | |
| 30. AGERE CL A COMMON | | None | J | T | | | | | |
| 31. IRA-MORGAN STANLEY-AM GROWTH FUND OF AMERICA | A | Dividend | K | T | | | | | |
| 32. IRA-MORGAN STANLEY-PUTNAM MID CAP VALUE | C | Dividend | K | T | | | | | |
| 33. IRA-MORGAN STANLEY-CALAMOS GROWTH FUND | C | Dividend | L | T | | | | | |
| 34. IRA-MORGAN STANLEY-PIMCO PEA VALUE FUND | B | Dividend | | | SELL | 3/2 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PUTNAM MID CAP VALUE | C | Dividend | K | T | PARTIAL SALE | 5/17 | J | B | |
| 36. PUTNAM MID CAP VALUE | A | Dividend | | | SELL | 5/17 | K | C | |
| 37. CALAMOS GROWTH FUND | B | Dividend | K | T | | | | | |
| 38. ING INTL VALUE FUND | B | Dividend | K | T | | | | | |
| 39. ROTH-FIRST TENNESSEE | A | Interest | J | T | | | | | |
| 40. IRA-MORGAN STANLEY-VAN KAMPEN GROWTH & INCOME | B | Dividend | K | T | | | | | |
| 41. IRA-MORGAN STANLEY-GROWTH FUND OF AMERICA | A | Dividend | L | T | | | | | |
| 42. IRA-MORGAN STANLEY-PIMCO PEA VALUE | | None | | | SELL | 3/2 | K | D | |
| 43. IRA-MORGAN STANLEY-DISCOVER BK CD | A | Interest | J | T | | | | | |
| 44. IRA-MORGAN STANLEY-ALLSTATE T-LINK ANNUITY | A | Interest | M | T | | | | | |
| 45. GROWTH FUND OF AMERICA | A | Dividend | K | T | | | | | |
| 46. PIMCO PEA VALUE | | None | | | SELL | 3/2 | K | C | |
| 47. COMMERCIAL REAL ESTATE-MEMPHIS, TN | E | Rent | N | R | | | | | |
| 48. IRA-MORGAN STANLEY-GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 49. IRA-MORGAN STANLEY-PIMCO COMMOD REAL RET STRAT | D | Dividend | K | T | | | | | |
| 50. AXA COMMON | | None | J | T | BUY | 3/11 | J | | |
| 51. IRA-MORGAN | A | Dividend | K | T | BUY | 3/2 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| STANLEY-HOTCHKIS & WILEY LRG CAP VAL | | | | | | | | | |
| 52. PUTNAM FLOATING RATE | A | Dividend | K | T | BUY | 5/17 | K | | |
| 53. IRA-MORGAN STANLEY-LIQUID ASSET ACCOUNT | A | Interest | J | T | BUY | 12/31 | J | | |
| 54. MORGAN STANLEY ACTIVE ASSETS MONEY TRUST ACCOUNT | A | Interest | J | T | BUY | 12/31 | J | | |
| 55. MORGAN STANLEY ACTIVE ASSETS MONEY TRUST | A | Interest | J | T | BUY | 12/31 | J | | |
| 56. MORGAN STANLEY ACTIVE ASSETS MONEY TRUST | A | Interest | J | T | BUY | 12/31 | J | | |
| 57. IRA-MORGAN STANLEY-HOTCHKIS & WILEY LRG CAP VALUE | B | Dividend | L | T | BUY | 3/3 | M | | |
| 58. HOTCHKIS & WILEY LRG CAP VALUE | A | Dividend | K | T | BUY | 3/2 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

SCHEDULE VII, LINE 2
1/3 INTEREST IN ▮▮▮▮▮ FARMS, SHELBY COUNTY, TENNESSEE WAS PURCHASED ON JULY 20, 1982 FOR $96,800. THIS LAND IS IN AGRICULTURAL USE.

SCHEDULE VII, LINE 4
INHERITED AN UNDIVIDED 1/12 INTEREST IN FARM LAND IN SHELBY COUNTY, TENNESSEE, DEED DATED 12/16/94.

SCHEDULE VII, LINES 5 & 6
RECEIVED AN UNDIVIDED 1/6 INTEREST IN FARM LAND AND AN UNDIVIDED 1/12 INTEREST IN FARM LAND LOCATED IN SHELBY COUNTY, TENNESSEE, DEEDS DATED 11/28/94.

SCHEDULE VII, LINE 21
FRACTIONAL INTERESTS IN FARM LAND IN SHELBY COUNTY, TENNESSEE GIFTED IN 2000.

SCHEDULE VII, LINE 22
FRACTIONAL INTEREST IN FARM LAND IN SHELBY COUNTY, TENNESSEE INHERITED IN 1992.

SCHEDULE VII, LINE 47
COMMERCIAL REAL ESTATE WAS PURCHASED 8/3/03 FOR $479,988.

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P | 05/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _____ May 15, 2006

NOTE: A ... AND CRI ... ...FULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544